

# THE THIRTEENTH COURT OF APPEALS

---

13-18-00049-CR

---

Randall Todd Townsend
v.
The State of Texas

---

On Appeal from the
220th District Court of Hamilton County, Texas
Trial Cause No. CR08334

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered in part and affirmed in part as modified. The Court orders the trial court's judgment REVERSED AND RENDERED IN PART and AFFIRMED AS MODIFIED IN PART in accordance with its opinion.

We further order this decision certified below for observance.

November 21, 2019